UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA


         JOHNSON    v.   WALL, CARSON & BARNETT

DATE:     August 19, 2009        CASE NO.    4:09-cv-0031-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **FOR SCHEDULING & PLANNING MEETING AND REPORT**

---

        Pursuant to Federal Rules 16(b) and 26(f) and Local Rule 16.1, counsel and any unrepresented parties shall meet and file a Scheduling and Planning Report with the court on or before **September 25, 2009.** The report must conform to Local Civil Form 26(f), a copy of which is available online in WordPerfect format on the court's web site at http://www.akd.uscourts.gov in the forms section.

        In the event that the parties are actively engaged in substantive settlement negotiations, in lieu of the scheduling and planning report, the parties are to file, on or before **September 25, 2009**, a joint status report so informing the court. The status report must include the date by which the parties expect those negotiations to be completed.